# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| TREVOR BJORKMAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | No. 2:11-cv-39-JMS-WGH |
| | ) | |
| WARDEN LOCKET, | ) | |
| | ) | |
| Respondent. | ) | |

### Entry Discussing Petition for Writ of Habeas Corpus

Trevor Bjorkman seeks a writ of habeas corpus based on his contention that the Bureau of Prisons has improperly deprived him of earned good-time because of a disciplinary proceeding tainted with constitutional error.

The pleadings and the expanded record show that Bjorkman is not entitled to the relief he seeks at this time. This conclusion is compelled by the fact that Bjorkman has not filed any requests for an administrative remedy at any required level in reference to a request for review or correction of the computation of the sentence he is serving. This constitutes a failure to exhaust available administrative remedies, and hence requires that the action be dismissed without prejudice. *See Greene v. Meese,* 875 F.2d 639, 640 (7th Cir. 1989) ("[T]he requirement of exhaustion is judge made for federal [habeas corpus cases] . . . but is a requirement nonetheless.") (internal citations omitted).

Judgment consistent with this Entry shall now issue. The dismissal shall be without prejudice.

**IT IS SO ORDERED.**

Date:    10/13/2011
_____

_Jane Magnus-Stinson_

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana